**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   Case No.    **4:26-CR-4 RWS** |
| | ) |
| **ROBERT SHARP,** | ) |
| | ) |
| **Defendant.** | ) |

### ORDER

This matter is before the Court following a preliminary hearing held on April 9, 2026. The probation officer responsible for supervising Defendant testified under oath.  After considering the testimony of the officer, the Court concludes that there is probable cause to believe Defendant violated the terms of his Supervised Release.  Therefore, pursuant to Rule 32.1(b)(1)(A) of the Federal Rules of Criminal Procedure,

**IT IS HEREBY ORDERED** that the Defendant is held to appear for a Final Supervised Release Revocation Hearing at a later date before the **Honorable Rodney W. Sippel.**

_____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 13th day of April, 2026